COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-15-00210-CV

Style:                   Francisco Calleja-Ahedo v. Compass Bank

Date motion filed[*]:    May 5, 2015

Type of motions:         Agreed Motion for Extension of Time to File Appellant's Brief

Parties filing motions:  Appellant

Document to be filed:    Appellant's Brief

Is appeal accelerated?        No

If motion to extend time:

    Original due date:            N/A

    Number of extensions granted:      0        Current Due Date:  N/A

    Date Requested:              N/A (45 days from May 14, 2015)

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

    ☑ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because the reporter's record was not timely filed, on April 14, 2015, this Court
ordered the reporter to file the record, if any, by May 14, 2015.  Accordingly, the
motion for extension of time to file appellant's brief is denied as premature without
prejudice to refiling because, though the clerk's record was filed on April 9, 2015, the
briefing deadline does not begin until after the reporter's record has been filed.
*See* TEX. R. APP. P. 38.6(a)(2).

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually      ☐ Acting for the Court

Date: May 12, 2015

November 7, 2008 Revision